February 2, 1967

## Noreika v. Medical Service Association of Pennsylvania.

Argued December 12, 1966. *William H. Wood*, with him *George H. Hafer, Cody H. Brooks*, and *Metzger, Hafer, Keefer, Thomas and Wood*, and *Warren, Hill, Henkelman & McMenamin*, for appellant; *John E. V. Pieski*, with him *Anthony A. Lawrence*, for appellee.

Appeal quashed and record remanded.

WATKINS, J., absent.